IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LESAMUEL PALMER,**

    **Plaintiff,**

**v.**                                                           Case No. 3:25-cv-1396-AW-HTC

**LT. STAFFORD and
OFFICER LOWERY,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 3), to which there has been no objection. I incorporate the report and recommendation into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on October 6, 2025.

                                                      s/ *Allen Winsor*
                                                      Chief United States District Judge